Brian C. Shapiro
Attorney at Law: 192789
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
MARIA ISABEL ALCOCER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ISABEL ALCOCER | Case No.: 1:13-cv-00514-BAM |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME |
| v. | |
| CAROLYN W. COLVIN,[1] Acting Commissioner of Social Security. | |
| Defendant. | |

TO THE HONORABLE BARBARA A. MCAULIFFE, UNITED STATES DISTRICT COURT, MAGISTRATE JUDGE OF THE DISTRICT COURT:

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner Michael J. Astrue as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). For simplicity, Plaintiff will refer to the Acting Commissioner as the Commissioner.

1     IT IS HEREBY STIPULATED by and between the parties, through their
2 respective counsel, that Plaintiff shall have a 30-day extension of time, to and
3 including October 25, 2013, in which to file Plaintiff's confidential settlement
4 letter.  This request is made at the request of Plaintiff's counsel to allow additional
5 time to fully research the issues presented.

6 DATE: September 26, 2013         Respectfully submitted,

7                        LAWRENCE D. ROHLFING

8                         /s/ *Brian C. Shapiro*

9              BY: _____
10                 Brian C. Shapiro
                Attorney for plaintiff Ms. Maria Isabel Alcocer

11
12 DATE:  September 26, 2013
                    United States Attorney

13

14                      /s/ *Mr. Patrick W. Snyder, Esq.*

15            BY:_____
               Mr. Patrick W. Snyder, Esq.
16               Special Assistant United States Attorney
              Attorneys for defendant Carolyn W. Colvin
17               |*authorized by e-mail|

18

19

20

21

22

23

24

25

26

**ORDER**

IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, up to and including October 25, 2013, in which to file Plaintiff's confidential settlement letter; and that all other deadlines set forth in the April 16, 2013 Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **September 30, 2013**          /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE