# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

MARIA ISABEL ALCOCER,           ) Case No.: 1:13-cv-00514-BAM
                                )
            Plaintiff,           ) **ORDER OF DISMISSAL**
                                )
      vs.                       )
CAROLYN W. COLVIN,[1] Acting    )
Commissioner of Social Security,)
                                )
            Defendant.          )
_____)

    Based on the Stipulation of the parties (Doc. 17), the above-captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses. The case is closed.

IT IS SO ORDERED.

    Dated:   **October 24, 2013**              /s/ Barbara A. McAuliffe
                                                                       UNITED STATES MAGISTRATE JUDGE

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner Michael J. Astrue as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

-1-